USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
VITOL S.A.,

                              Plaintiff,

      -against-

IMAD OIL AND GAS LTD.,

                              Defendant.
------------------------------------------------------------------x

09 Civ. 8450 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    In light of the holding of the U.S. Court of Appeals for the Second Circuit in *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, --- F.3d ----, 2009 WL 3319675 (2d Cir. Oct. 16, 2009) and because plaintiff has not alleged that any property other than electronic funds transfers is likely to be found in this district, IT IS HEREBY ORDERED that the Order of Maritime Attachment and Garnishment in this action dated October 6, 2009 is hereby vacated and the complaint is dismissed.

Dated: New York, New York
          October 30, 2009

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.